```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
BILAL GADIT,

                Plaintiff,                MEMORANDUM AND ORDER

           - against -                    22 Civ. 3875 (NRB)

THE SOLOMON PAGE GROUP, LLC,
AND SIGNATURE BANK,

                Defendants.

-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On July 22, 2022, the Solomon Page Group, LLC and Signature Bank (collectively, "defendants") filed a motion to dismiss part of Bilal Gadit's ("plaintiff") Family and Medical Leave Act ("FMLA") claim.  See ECF No. 19.  On August 5, 2022, plaintiff filed his opposition, and, on August 12, 2022, defendants filed their reply.  See ECF Nos. 20, 21.  On February 21, 2023, the Court held oral argument.  At that conference, it was established that all parties agree that the FMLA claim should proceed under 29 U.S.C. § 2615(a)(1).  Accordingly, the motion is resolved, and the Clerk of the Court is respectfully directed to close the motion pending at ECF No. 19.

**SO ORDERED.**

Dated:   New York, New York
         February 23, 2023

                                          NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE