```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
BILAL GADIT,

                Plaintiff,                      ORDER

          - against -                       22 Civ. 3875 (NRB)

THE SOLOMON PAGE GROUP, LLC,
AND FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
SIGNATURE BANK,

                Defendants.

-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on May 4, 2023, after the New York State Department of Financial Services closed Signature Bank and appointed the Federal Deposit Insurance Corporation ("FDIC") as Signature Bank's receiver, the FDIC wrote to the Court seeking leave to move to stay this case pending the completion of the administrative claims process mandated by 12 U.S.C. § 1821(d); and

WHEREAS, on May 5, 2023, the Court granted leave for the FDIC to make its motion; and

WHEREAS, on May 8, 2023, the FDIC moved to stay the action under 12 U.S.C. § 1821(d) or, in the alternative, under 12 U.S.C. § 1821(d)(12)(B); and

WHEREAS, there has been no opposition to the motion and the Court's having determined that is well-founded; it is hereby

**ORDERED** that the motion to stay this case pursuant to 12 U.S.C. § 1821(d) is granted pending the completion of the administrative claims process.

Dated:    New York, New York
         May 25, 2023

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE