JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |

January 23, 2024

**VIA ECF**

Hon. Naomi R. Buchwald
United States District Judge
U. S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:   *Gadit v. The Solomon Page Group, LLC et al*
                   Case No. 1:22 cv 3875

Dear Judge Buchwald:

      We represent the Plaintiff in the above-referenced action. On May 25, 2023, this Court stayed this action pursuant to 12 U.S.C. § 1821(d) pending the completion of the administrative claims process for Plaintiff's claims against Signature Bank. The FDIC as receiver disallowed Plaintiff's claim on December 1, 2023, and the administrative claims process is now completed. (Ex. 1.) Accordingly, we respectfully request that the Court lift the stay and permit this action to proceed. We thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP


*/s/ D. Maimon Kirschenbaum*
D. Maimon Kirschenbaum