

| | | |
|---|---|---|
| Steven W. Gold | Andrew R. Gottesman | **Senior Counsel** |
| Steven G. Mintz* | Matthew S. Seminara | Jack A. Horn |
| Jeffrey D. Pollack* | Julia B. Milne | Noreen E. Cosgrove |
| Elliot G. Sagor | James W. Kennedy | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Ryan W. Lawler* | |
| Lon Jacobs | Andrew A. Smith | **Of Counsel** |
| Steven A. Samide | Amit Sondhi | Honorable Vito J. Titone (*dec.*) |
| Scott A. Klein | Michael Mooney | *NY State Court of Appeals 1985–1998* |
| Terence W. McCormick*** | Adam K. Brody | Harvey J. Horowitz (*dec.*) |
| Robert B. Lachenauer | Andrew E. Steckler | Honorable Howard Miller |
| Roger L. Stavis | Alex J. Otchy* | *NY Appellate Div. 1999–2010* [ret.] |
| Howard M. Topaz | Philip Tafet | Alan Katz |
| Philip E. Altman | Allison Pridmore | Eric M. Kutner |
| Charles A. Ross** | Carli M. Aberle | Andrew P. Napolitano° |
| Richard M. Breslow | Zachary J. Turquand | Brian T. Sampson |
| Barry M. Kazan* | Kellyann T. Ryan | Erica Nazarian |
| Craig D. Spector* | Jason Leach**** | Tara Shamroth |
| Kevin M. Brown | Sitie "Esther" Tang | Jared Van Vleet |
| Alexander H. Gardner | Benjamin S. Cotler | |
| Heath Loring | *Also admitted in New Jersey | °Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City |
| Peter Guirguis | **Also admitted in Florida | |
| | ***Also admitted in California | |
| | ****Also admitted in Texas | |

April 15, 2024

**Via ECF:**
Hon. Naomi Reice Buchwald
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: <u>Gadit v. Solomon Page Group, LLC</u>, 1:22-cv-03875 (NRB)

Dear Judge Buchwald:

  We represent Defendant the Solomon Page Group, LLC, in the above-captioned action. As the Court may recall, on February 28, 2023 the parties were directed to mediation (Dkt. No. 26). Prior to conducting the mediation, the Court issued a stay of all proceedings at the FDIC's request (Dkt. No. 36). On February 1, 2024 the stay was lifted. On the consent of all parties, we now request that the Court briefly adjourn the April 18, 2024 initial pre-trial conference to allow the parties to again proceed to mediation. We have taken the liberty of reaching out to the mediator previously assigned to this matter and await a response. We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/ Ryan W. Lawler*
Ryan W. Lawler

Application granted.

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: April 16, 2024
   New York, New York

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

**O** 212.696.4848 | **F** 212.696.1231
mintzandgold.com



cc:    Daniel Maimon Kirschenbaum
Joseph, Herzfeld, Hester & Kirschenbaum
Denise Schulman
Counsel to Plaintiff
(Via ECF)

Lori Bauer
Laura Victorelli
Jackson Lewis PC
Counsel to FDIC as Trustee for Signature Bank
(Via ECF)

Ann Devens
Counsel to FDIC as Trustee for Signature Bank
(Via ECF)