Case 1:22-cv-03875-NRB Document 46 Filed 06/28/24 Page 1 of 1

JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4025 Direct
(212) 972-3213 Fax
Lori.Bauer@jacksonlewis.com

June 28, 2024

**VIA ECF**

Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: Bilal Gadit v. The Solomon Page Group, LLC et al. Case No. 22-cv-3875 (NRB)**

Dear Judge Buchwald:

We represent Defendant FDIC as Receiver for Signature Bank ("FDIC-Receiver") in connection with the above-referenced matter. We write jointly with counsel for Plaintiff Bilal Gadit and Defendant The Solomon Page Group, LLC (collectively, the "Parties"), pursuant to Rule 1.E. of Your Honor's Individual Practices, to respectfully request an extension of the Parties' time to restore this action, from July 13, 2024, up to and including August 12, 2024. We make this request because the Parties require additional time to finalize the settlement papers, and to allow the expiration of the applicable consideration and revocation periods. This is the Parties' first request for an extension of this deadline, and all Parties consent to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/Lori D. Bauer
Lori D. Bauer

cc: all counsel on record *(via ECF)*

Application granted.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2024
New York, New York